Dear Clerk,                                      January 26, 2022

    Can you please tell me the status of my action and send me a docket sheet? I would really appreciate it.


        Sincerely,

        Tim Rollin
    Timothy Rollin #202567
    NorthPoint Training Center
    P.O. Box 479
    Burgin, Ky 40310


Civil Action No. 3:20-cv-P4-DJH

FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 JAN 31 PM 1:38

CC: File

Tim Rollin #202567 Dorm 1
North Point Training Center
P.O. Box 479
Burgin, KY 40310

**FILED**
JAMES J. VILT, JR. - CLERK

JAN 31 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LEXINGTON KY 405
28 JAN 2022 PM 3 L

Office Of the Clerk
U.S. District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY. 40202-2249

Northpoint Training Center
State Prison
Inmate Mail
P.O. Box 479 Burgin, KY 40310